

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-10-108-CV

IN RE PETROHAWK ENERGY CORPORATION,                    RELATORS
PETROHAWK PROPERTIES, LP, ONE TEC, LLC,
AND FLOYD C. WILSON

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and WALKER, JJ.

DELIVERED: May 14, 2010

---

[1] _See_ Tex. R. App. P. 47.4.